# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE ROBERTS,<br><br>         Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>         Defendant.<br>_____/ | Case No. 1:20-cv-00239-SKO<br><br>**ORDER LIFTING STAY TO PERMIT SERVICE UPON DEFENDANT AND FILING OF CONSENT/DECLINE FORMS** |

On February 15, 2020, Plaintiff Carrie Roberts filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying their application for disability benefits pursuant to the Social Security Act. (Doc. 1.)

On April 20, 2020, the Clerk of Court issued a notice that the proceedings were stayed in this matter pursuant to General Order No. 615 ("G.O. No. 615"). (Doc. 7.) G.O. No. 615, issued April 14, 2020, stays all Social Security actions filed after February 1, 2020, until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record. *See* E.D. Cal. G.O. No. 615.

Upon reconsideration of G.O. No. 615, the Court has determined that the General Order contemplated service of the complaint upon the Commissioner and filing of Consent/Decline forms, despite staying the proceedings in all other respects.

Accordingly, it is hereby ORDERED that:

1. The stay in this matter shall be LIFTED for the limited purpose of service of the complaint on the Commissioner and filing of Consent/Decline forms; and

2. The parties are hereby notified that, <u>after service of the complaint, this action is STAYED pursuant to General Order No. 615</u>, and there will be no scheduling order or deadlines in effect during the stay other than those governing the above activities. *See* E.D. Cal. G.O. 615. The stay will be <u>automatically lifted when the defendant files the certified copy of the administrative record, with no further order of the Court</u>.

IT IS SO ORDERED.

Dated:   **March 18, 2021**                                  /s/ *Sheila K. Oberto*
                                                                               UNITED STATES MAGISTRATE JUDGE